## HOLCOMB v. STATE.
### No. 25411.

Court of Criminal Appeals of Texas.
Oct. 24, 1951.

---

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

MORRISON, Judge.

The offense is robbery; the penalty is five years.

The record is before us without a statement of facts or bills of exception, in the absence of which nothing is presented for review.

The judgment is affirmed.